IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBRA GLASS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV-12-910-L |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On August 23, 2012, Magistrate Judge Gary M. Purcell issued a Report and Recommendation recommending that plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) be denied because plaintiff had sufficient financial resources to pay the filing fee. This court concurs with Judge Purcell's judgment and adopts and approves the August 23, 2012 Report and Recommendation in its entirety. In addition, the court notes that plaintiff paid the filing fee in full on September 11, 2012. In light of plaintiff's payment of the filing fee, the Application to Proceed In District Court Without Prepaying Fees or Costs (Doc. No. 2) is DENIED. This matter is recommitted to the Honorable Gary M. Purcell for further proceedings.

It is so ordered this 20th day of September, 2012.

*Tim Leonard*
TIM LEONARD
United States District Judge